

| | |
|---|---|
| MICHAEL PROVENZANO | CIVIL ACTION |
| VERSUS | NO. 09-7144 |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | SECTION "D" (2) |

### **ORDER**

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Findings and Recommendation, and the objection to the Magistrate Judge's Report and Recommendation filed by the plaintiff on August 6, 2010, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly, IT IS ORDERED that plaintiff's complaint is DISMISSED WITH PREJUDICE.

New Orleans, Louisiana, this 20th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE